evidence of the reasonable cost of repairs to the boat was improperly excluded.

William N. White and Alice L. White, Doing Business as W. N. White & Company, Respondents, v. Leonard Calvert, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Katherine G. McLean, as Administratrix, etc., of William J. McLean, Deceased, Respondent, v. George P. Wurtz and Catherine L. Wurtz, as Copartners, Doing Business under the Name of "Wurtz & Son," Appellants.— Judgment and order affirmed, with costs. All concurred.

Jenkins & Macy Company, Respondent, v. Emil J. Wesp, Appellant.— Judgment and order affirmed, with costs. All concurred; Foote, J., not sitting.

Helen Stoddard, Appellant, v. Syracuse Lighting Company, Respondent.— Judgment affirmed, with costs. All concurred.

Sarah Kelliher, as Administratrix, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Motion for leave to appeal to Court of Appeals granted and questions for review certified.

Catherine Greif, as Administratrix, etc., Respondent, v. Buffalo, Lockport and Rochester Railway Company, Appellant.—Appeal dismissed, without costs, upon stipulation filed.

Buffalo Commercial Bank, Respondent, v. John L. Nice and Another, Appellants.— Motion to dismiss appeal granted.